**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6140**

KEENAN L. MCCOY,

              Plaintiff - Appellant,

       v.

DARNLY E. HODGE, SR., Superintendent, Riverside Regional Jail;
MS. BEACH, Accounting Tech, Riverside Regional Jail; T.
MCINTIRE, Sergeant, Riverside Regional Jail; LAURA M. REEDY,
Notary Public,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (1:07-cv-01163-GBL-BRP)

Submitted:  June 30, 2008            Decided:  July 10, 2008

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Keenan L. McCoy, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keenan L. McCoy appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>McCoy v. Hodge</u>, No. 1:07-cv-01163-GBL-BRP (E.D. Va. Dec. 13, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>